RECEIVED
IN LAKE CHARLES, LA

JUL - 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| LUIS CORZO, SR. | : | DOCKET NO. 04-2396 |
| --- | --- | --- |
| VS. | : | JUDGE MINALDI |
| STATE OF LOUISIANA, ET AL. | : | MAGISTRATE JUDGE WILSON |

### PARTIAL FINAL JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

The court determines that there is no just reason for delay; and thus it is directed that a final judgment pursuant to Fed.R.Civ.P. 54(b) be, and it is hereby entered in favor of defendant, STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, dismissing with prejudice plaintiff's claims against said defendant only.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___6___ day of ___July___, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE